# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WATKINS, | Case No. 1:18-cv-00876-EPG-HC |
| Petitioner, | ORDER DENYING MOTION FOR DISCOVERY |
| v. | (ECF No. 6) |
| TUOLUMNE COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner Raymond Watkins is a state pretrial detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 9, 2018, Petitioner filed the instant motion for discovery, requesting his booking records from the Stanislaus County jail. (ECF No. 6).

Although discovery is available pursuant to Rule 6 of the Rules Governing Section 2254 Cases,[1] it is only granted at the Court's discretion, and upon a showing of good cause. Bracy v. Gramley, 520 U.S. 899, 904 (1997); McDaniel v. U.S. District Court (Jones), 127 F.3d 886, 888 (9th Cir. 1997); Jones v. Wood, 114 F.3d 1002, 1009 (9th Cir. 1997); Rule 6(a), Rules Governing Section 2254 Cases. Good cause is shown "where specific allegations before the court

---
[1] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." Bracy, 520 U.S. at 908–09 (citing Harris v. Nelson, 394 U.S. 287 (1969)). If good cause is shown, the extent and scope of discovery is within the Court's discretion. See Rule 6(a), Rules Governing Section 2254 Cases.

In the instant case, it appears that abstention pursuant to Younger v. Harris, 401 U.S. 37 (1971), may be required.[2] Further, the Court has not authorized Petitioner to conduct discovery. Accordingly, IT IS HEREBY ORDERED that the motion for discovery (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated: **July 13, 2018**

/s/ *Erin P. Gro[...]*
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court is currently awaiting Petitioner's response to its order to show cause (ECF No. 4) why the petition should not be dismissed pursuant to Younger.