# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WATKINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TUOLUMNE COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | Case No. 1:18-cv-00876-AWI-EPG-HC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PETITIONER TWO BLANK § 1983 CIVIL RIGHTS COMPLAINT FORMS<br><br>(ECF No. 59) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 24, 2018, the Court received Petitioner's request for two civil complaint forms for filing a civil suit in federal court. (ECF No. 59).

Accordingly, the Court HEREBY DIRECTS the Clerk's Office to send Petitioner two blank § 1983 civil rights complaint forms.

IT IS SO ORDERED.

　　Dated: __**October 3, 2018**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE