# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TUOLUMNE COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 1:18-cv-00876-AWI-EPG-HC<br><br>ORDER REGARDING PETITIONER'S REQUEST FOR CASE STATUS<br><br>(ECF No. 75) |

On November 29, 2018, Petitioner filed the instant request for case status, indicating that he has moved facilities, has not received any mail regarding his petition since September 8, and "would appreciate being caught up on [his] case by being mailed any documents that [he] may have missed." (ECF No. 75).

As noted in the Court's November 14, 2018 order, which was mailed to Petitioner's current address, the findings and recommendation is before the District Judge for consideration. Petitioner has filed numerous objections to the findings and recommendation, and there are no other pending deadlines at this time. The Court notes that it generally is unable to respond in writing to individual inquiries regarding the status of the case, and it will decline to respond to Petitioner's future inquiries.

IT IS SO ORDERED.

Dated: **December 3, 2018**　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE